IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. TAMMARA RAMSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 20-CV-00142-TCK-JFJ |
| vs. | ) | |
| | ) | |
| | ) | |
| 1. 2400 MACARTHUR LTD, A TEXAS LIMITED PARTNERSHIP d/b/a THE MANSIONS AT RIVERSIDE and | ) ) ) | |
| 2. RICHARD HARRISON, | ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Tammara Ramsey, by and through her attorney of record, W. Chad McLain of the law firm GRAVES MCLAIN PLLC, and dismisses *with* prejudice to re-filing her cause of action against Defendants; each party to bear their own fees and costs.

Respectfully submitted,

By:  /s/William C. McLain
Daniel B. Graves, OBA #16656
William C. McLain, OBA #19349
Rachel E. Gusman, OBA #22161
Tiffany L. Landry, OBA #33402
GRAVES MCLAIN PLLC
4137 S Harvard Ave Ste F
Tulsa OK 74135
Phone: (918) 359-6600
Fax: (918) 359-6605

ATTORNEYS FOR PLAINTIFF TAMMARA RAMSEY

## **CERTIFICATE OF MAILING**

  This is to certify that on the 29th day of June, 2021, a true, correct, and exact copy of the above and foregoing instrument was served via email and/or mailed to the following with proper postage thereon fully prepaid:

Michael D. Goss, Esq.
RHODES HIERONYMUS
2 W 2nd St #1000
Tulsa OK 74103
ATTORNEY FOR DEFENDANT
2400 MACARTHUR LTD
mgoss@rhodesokla.com

           /s/William C. McLain
           W. Chad McLain